John Coyle, and others, Appellants, *v.* Alex. Baldwin, and others, Respondents.

---

## JOHN COYLE, and others, Appellants, *v.* ALEX. BALDWIN, and others, Respondents.

Where a cause is heard on appeal in a County Court, for the purpose of trying the same *de novo*, it is the duty of the Court to proceed with the trial on the merits of the case.

A judgment of dismissal, therefore, upon the ground that it did not appear that the defendants had notice of the trial in the Court below, is erroneous, and will be set aside.

APPEAL from the County Court of Placer County.

The facts appear in the opinion of the Court.

*James Churchman,* for Appellants.

*Hale & Ryerson,* for Respondents.

No briefs on file.

HEYDENFELDT, J., delivered the opinion of the Court.  MURRAY, C. J., concurred.

The County Court reversed the judgment of the Justice of the Peace, on motion—upon the ground that it did not appear that the defendants had notice of the trial.

This was erroneous ; the parties were in the County Court on appeal, for the purpose of trying the case *de novo,* and it was the duty of the Court to proceed with the trial on the merits of the case.

The judgment of dismissal is reversed, and the cause remanded for trial in the County Court.